FILED _____ LODGED
_____ RECEIVED

January 05, 2015

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: CR15-5005 |
| JODIE D. HULL, | ) INFORMATION |
| Defendant. | ) |

The Acting United States Attorney charges that:

**COUNT I**

On or about November 1, 2014, at Naval Base Kitsap, Bremerton, Washington, within the Western District of Washington and within the special maritime and territorial jurisdiction of the United States, JODIE D. HULL, after the Washington State Department of Licensing did attach or imprint a notation on her driving record stating that the Defendant may operate only a motor vehicle equipped with an ignition interlock or other biological or technical device, did operate a motor vehicle that was not equipped with an ignition interlock or other biological or technical device.

All in violation of Title 18, United States Code, Sections 7 and 13, and RCW 46.20.740.

Page 1 of 3– INFORMATION
USA v. HULL

Special Asst. U. S. Attorney
Naval Base Kitsap
365 S. Barclay, Bldg 433
Bremerton, WA 98314
(360) 627-3413

## COUNT II

On or about November 1, 2014, at Naval Base Kitsap, Bremerton, Washington, within the Western District of Washington and within the special maritime and territorial jurisdiction of the United States, JODIE D. HULL did drive a vehicle while under the influence of or affected by intoxicating liquor or any drug; and/or while under the combined influence of or affected by intoxicating liquor and any drug; and furthermore, the Defendant did refuse to take a test offered pursuant to RCW 46.20.308.

All in violation of Title 18, United States Code, Sections 7 and 13, and RCW Sections 46.61.502 and 46.61.5055.

## COUNT III

On or about November 1, 2014, at Naval Base Kitsap, Bremerton, Washington, within the Western District of Washington and within the special maritime and territorial jurisdiction of the United States, JODIE D. HULL, did drive a motor vehicle without a valid driver's license in her possession.

All in violation of Title 18, United States Code, Sections 7 and 13, and RCW 46.20.015.

//
//
//
//
//
//
//
//
//

Page 2 of 3– INFORMATION
USA v. HULL

Special Asst. U. S. Attorney
Naval Base Kitsap
365 S. Barclay, Bldg 433
Bremerton, WA 98314
(360) 627-3413

## COUNT IV

On or about November 1, 2014, at Naval Base Kitsap, Bremerton, Washington, within the Western District of Washington and within the special maritime and territorial jurisdiction of the United States, JODIE D. HULL, did drive a motor vehicle and upon approaching an oncoming vehicle within five hundred feet, did fail to use a distribution of light, or composite beam, so aimed that the glaring rays are not projected into the eyes of the oncoming driver.

All in violation of Title 18, United States Code, Sections 7 and 13, and RCW 46.37.230.

DATED this 5th day of January, 2015.

ANNETTE L. HAYES
Acting United States Attorney

TIM DONAHUE
Special Assistant U. S. Attorney

Page 3 of 3– INFORMATION
USA v. HULL

Special Asst. U. S. Attorney
Naval Base Kitsap
365 S. Barclay, Bldg 433
Bremerton, WA 98314
(360) 627-3413